# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-3579

_____

United States of America,       *
       *
     Appellee,       *
       *   Appeal from the United States
   v.       *   District Court for the
       *   Western District of Missouri.
Gerald D. Scurlock,       *
       *   [UNPUBLISHED]
     Appellant.       *

_____

Submitted:  April 7, 1999

Filed:  April 13, 1999

_____

Before BEAM, LOKEN, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

Gerald D. Scurlock pleaded guilty to being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1).  The district court[1] sentenced Mr. Scurlock to 27 months imprisonment and three years supervised release.  On appeal, counsel filed a brief pursuant to Anders v. California, 386 U.S. 738 (1967), arguing that the district court imposed too harsh a sentence.  We note Mr. Scurlock's sentence falls at the bottom of the Guidelines range to which the parties stipulated in their plea agreement,

_____

[1]The Honorable D. Brook Bartlett, Chief Judge, United States District Court for the Western District of Missouri.

see <u>United States v. Nguyen</u>, 46 F.3d 781, 783 (8th Cir. 1995) (defendant who explicitly and voluntarily exposes self to specific sentence may not challenge his sentence on appeal), and in any event, the argument lacks merit, <u>see</u> <u>Neal v. Grammer</u>, 975 F.2d 463, 465 (8th Cir. 1992).

In accordance with <u>Penson v. Ohio</u>, 488 U.S. 75, 80 (1988), we have reviewed the record for any nonfrivolous issues and have found none.

Accordingly, we affirm.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.